```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0128--CV (JKS)
                "MICHAEL GRUNERT ET AL V SOA ET AL"

        Including terminated parties, excluding terminated counsel
```

Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 06/08/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (950) Constitutionality of state statutes

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 06/08/05 receipt # 00125903
        Trial by: Jury


Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GRUNERT, MICHAEL | Arthur S. Robinson<br>Robinson & Beiswenger<br>35401 Kenai Spur Highway<br>Soldotna, AK 99669<br>907-262-9164<br>FAX 907-262-7034 |
| PLF 2.1 | JONES, MORI | Arthur S. Robinson<br>(see above) |
| PLF 3.1 | JOHNSON, PAUL | Arthur S. Robinson<br>(see above) |
| PLF 4.1 | SHANGIN, ANDY | Arthur S. Robinson<br>(see above) |
| PLF 5.1 | KALMAKOFF, HARVEY | Arthur S. Robinson<br>(see above) |
| PLF 6.1 | SHANGIN, CLEMENT | Arthur S. Robinson<br>(see above) |
| PLF 7.1 | YAGI, MARVIN | Arthur S. Robinson<br>(see above) |
| PLF 8.1 | JONES, JOHN | Arthur S. Robinson<br>(see above) |
| PLF 9.1 | GRUNERT, FRANK | Arthur S. Robinson<br>(see above) |
| PLF 10.1 | GRUNERT, CLEMENS | Arthur S. Robinson<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0128--CV (JKS)
           "MICHAEL GRUNERT ET AL V SOA ET AL"

     Including terminated parties, excluding terminated counsel
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 11.1 | STEPANOFF, ANDY | Arthur S. Robinson (see above) |
| PLF 12.1 | BRANDAL, ALEC | Arthur S. Robinson (see above) |
| PLF 13.1 | CARLSON, ERIC | Arthur S. Robinson (see above) |
| PLF 14.1 | ANDERSON, AL | Arthur S. Robinson (see above) |
| DEF 1.1 | [T] ALASKA, STATE OF | No counsel found for this party! |
| DEF 2.1 | [T] ALASKA BOARD OF FISHERIES | No counsel found for this party! |
| DEF 3.1 | [T] STATE OF, ALASKA, DEPT OF FISH & GAME | No counsel found for this party! |
| DEF 4.1 | CAMPBELL, MCKIE | Lance B. Nelson<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-276-3550<br><br>Steven A. Daugherty<br>Office  of the Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5232<br>FAX    -   - |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0128--CV (JKS)
                           "MICHAEL GRUNERT ET AL V SOA ET AL"

                                     For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 06/08/05
         Closed: NO

   Jurisdiction: (3) Federal Question (US Govt not a Party)
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (950) Constitutionality of state statutes

         Origin: (1) Original Proceeding
         Demand:
     Filing fee: Paid $250.00 on 06/08/05 receipt # 00125903
       Trial by: Jury

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 06/08/05 | Complaint w/att exhs filed; Summons issued. |
| 2 - | 1 | 06/15/05 | DEF 1-3 Attorney Appearance of David Marquez. |
| 3 - | 1 | 06/15/05 | DEF 1-3 motion to dismiss w/att memo. |
| 4 - | 1 | 06/15/05 | DEF 1-3 opposition to pltfs request (in complaint) for speedy hearing of action w/att exhs. |
| 5 - | 1 | 06/22/05 | PLF 1-14 Return of Service Executed re: DEF 1,2,& 3 on 6/10/05 (personal service), Atty Gen on 6/12/05, Diana Cote and McKie Campbell 6/13/05(cert mail) and Nancy Gordon 6/10/05 (cert mail). |
| 6 - | 1 | 06/24/05 | PLF 1-14 motion to amend complaint w/att amended complaint & exhs. |
| 6 - | 2 | 06/24/05 | PLF 1-14 opposition to DEF 1-3 motion to dismiss (3-1). |
| 7 - | 1 | 06/24/05 | PLF 1-14 reply to opposition to pltfs' request for speedy hearing on action w/att exhs. |
| 8 - | 1 | 06/24/05 | PLF 1-14 motion for expedited consideration of motion to amend complaint, oppo to motion to dismiss, reply to oppo to request for speedy hearing and motion to dismiss w/att exhs. |
| 9 - | 1 | 07/05/05 | DEF 1-3 opposition to PLF 1-14 motion for expedited consideration of motion to amend complaint, oppo to motion to dismiss, reply to oppo to request for speedy hearing and motion to dismiss (8-1). |
| 10 - | 1 | 07/05/05 | DEF 1-3 reply to opposition to DEF 1-3 motion to dismiss (3-1). |
| 11 - | 1 | 07/05/05 | DEF 1-3 limited opposition to PLF 1-14 motion to amend complaint w/att amended complaint (6-1). |
| 12 - | 1 | 07/06/05 | JKS Order denying motion for expedited consideration of motion to amend complaint, oppo to moti (8-1); granting motion to amend complaint to include McKie Campbell (6-1); granting in part motion to dismiss (3-1); State of AK, the AK Board of Fisheries & the AK Dept of Fish and Game are dsmssd w/o prejudice, this action shall proceed against Campbell |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0128--CV (JKS)
                            "MICHAEL GRUNERT ET AL V SOA ET AL"

                                     For all filing dates

 Document #    Filed      Docket text
 ──────────    ──────     ──────────
                          only. cc: cnsl

    13 -   1  07/06/05    PLF 1-14 Complaint (Amended) for declaratory judgment & injunctive
                          relief w/att exhs.

    14 -   1  07/11/05    PLF 1-14 motion (request) for clarification of crt's order dated 7/6 re
                          svc of amended complaint.

    15 -   1  07/13/05    JKS Minute Order re def to respond to pltf's mot for clarification  by
                          7/27/05. cc: cnsl

    16 -   1  08/10/05    JKS Minute Order re plf to require an answer re DEF 4. cc: cnsl

    17 -   1  08/17/05    PLF 1-14 Return of Service re DEF 4 Executed 8/10/05.

    18 -   1  08/29/05    JKS Minute Order granting motion (request) for clarification of crt's
                          order dated 7/6 re svc of amended (14-1). cc: cnsl, AAG 200

    19 -   1  08/31/05    PLF 1-14 Application for entry of default re: DEF 4 w/att aff.

    20 -   1  08/31/05    PLF 1-14 motion (request) for hearing for entry of default judgment.

    21 -   1  09/01/05    DEF 4 Attorney Appearance of Lance Nelson and Steven Daughtery.

    22 -   1  09/01/05    DEF 4 Answer to Amended Complaint.

    23 -   1  09/01/05    DEF 4 opposition to PLF 1-14 motion (request) for hearing for entry of
                          default judgment (20-1) w/att exh.

    24 -   1  09/02/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/in 28 days from svc of this ord. cc: cnsl

    25 -   1  09/08/05    DEF 4 Amended Attorney Appearance of L. Nelson & S. Daugherty (AAG-200).

    26 -   1  09/12/05    JKS Order denying motion (request) for hearing for entry of default
                          judgment (20-1). cc: cnsl

    27 -   1  09/26/05    PLF 1-14; DEF 4 Scheduling & Planning Report.

    28 -   1  09/28/05    JKS Minute Order re a corrected 16b report due w/in 15 days. cc: cnsl

    29 -   1  10/17/05    JKS Minute Order (warning) re: corrected initial case stat rpt/case S&P;
                          Rule 16(b) rpt is due w/in 15 days from svc of this ord. cc: cnsl

    30 -   1  10/19/05    PLF 1-14; DEF 4 Notice of filing corrected Scheduling & Planning
                          Conference Report.

    31 -   1  10/25/05    JKS Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 05/30/06; Dispositive motions deadline 06/30/06; Estimate of
                          trial 4 days; TBC. cc: cnsl

    32 -   1  10/31/05    PLF 1-14 Preliminary Witness List.

    33 -   1  11/14/05    PLF 1-14 motion to file 2nd amended complaint w/att prop 2nd amended
                          cmplt.

    34 -   1  11/14/05    PLF 1-14 Jury Demand.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0128--CV (JKS)
                            "MICHAEL GRUNERT ET AL V SOA ET AL"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 11/23/05 | DEF 1 opposition to PLF 1-14 motion to file 2nd amended complaint (33-1). |