FILED

Dec 01 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ PD

Arthur S. Robinson & Associates
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:- (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-JKS

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity.<br><br>Defendants. | NON-OPPOSED MOTION TO FILE PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT |

COME NOW Plaintiffs, by and through their attorney Arthur S. Robinson of the law firm of ROBINSON & ASSOCIATES, and respectfully request an extension of time until January 16, 2006, to file Plaintiffs' Reply to Defendant's Opposition to their Motion to File a Second Amended Complaint. Plaintiff's

Non-Opposed Motion for Extension of Time/Affidavit of
Counsel/proposed Order, Page 1


36

Reply would normally be due to be filed on or before December 6, 2005.

This request is necessary because of the undersigned counsel's having just been informed of the sudden and expected death of his step-father, requiring him to travel to the Washington D.C. area for the funeral. Out of necessity the undersigned will not be returning to Alaska and his law office until the first of January, 2006, due to him having the responsibility of assisting the family following the funeral.

The undersigned counsel's paralegal, Lynda Moore, has communicated this request for an extension of time via email with Lance Nelson, co-counsel for the State of Alaska, on November 29, 2005, and he does not oppose the motion.

This motion is supported by the attached Affidavit of Counsel.

Dated this 29 day of November, 2005.

Respectfully submitted
ROBINSON & ASSOCIATES

By: _____
ARTHUR S. ROBINSON-ABA 0574026
Attorney for Plaintiffs

FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-5-05 By: _____
Deputy Clerk

Non-Opposed Motion for Extension of
Counsel/proposed Order, Page 2

A05-0128--CV (JKS)
-----------------------------
A. ROBINSON
L. NELSON (AG-STE-200)