```
                                                    FILED
                                                 DEC 0 2 2005
Arthur S. Robinson
ROBINSON & ASSOCIATES                         UNITED STATES DISTRICT COURT
35401 Kenai Spur Highway                         DISTRICT OF ALASKA
Soldotna, AK 99669                            By_____Deputy
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-JKS

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his individual capacity <br><br> Defendant. | **NOTICE OF ERRATAS** |

COMES NOW the undersigned counsel for Plaintiffs and gives notice of two errata in Plaintiffs' Non-Opposed Motion to File Plaintiffs' Reply to Defendant's Opposition to Motion to File Second Amended Complaint and the attached Affidavit of Counsel in support thereof.

Page two of the Motion and page two of the Affidavit set forth that the undersigned had just learned of the sudden and "expected" death of counsel's step-father. The word "expected" should have been "unexpected".

There has also been an errata in the caption of the case which has "Eric" Carlson listed as one of the Plaintiffs. This is a typographical error and the caption has been corrected to reflect Mr. Carlson's correct first name of "Ernie".

Respectfully submitted this 30th day of November, 2005.

ROBINSON & ASSOCIATES

*Arthur S. Robinson*
Arthur S. Robinson
ABN 7405026
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of November, 2005, a true and correct copy of the foregoing Notice of Erratas was served on the following by U.S. first class mail, postage prepaid:

Lance B. Nelson, Assistant Attorney General
and Steven A. Daugherty, Assistant Attorney General,
Co-counsel for defendants
State of Alaska, Dept. of Law
Natural Resources Section
1031 West Fourth Ave., Suite 200
Anchorage, Alaska 99501

By: *Lynda Moore*
For: Arthur S. Robinson