Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity.<br><br>        Defendants. | PLAINTIFFS' NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

COME NOW Plaintiffs, by and through their attorney Arthur S. Robinson of the law firm of ROBINSON & ASSOCIATES, and respectfully request an extension of time until May 31, 2006, to file the parties' Joint Status Report.  By Order dated May 8, 2006, the parties were directed to confer and prepare a Joint Status Report to be filed by Plaintiffs' counsel within two weeks of the filing of the Order.

This request is necessary because the undersigned counsel is out of the country and will not be able to confer with Defendants' counsel until May 23, 2006. The Joint Status Report will then have to be drafted and approved by both counsel prior to filing with the Court.

The undersigned counsel's paralegal, Lynda Moore, has communicated this request for an extension of time via email with Lance Nelson, co-counsel for the State of Alaska, on May 9, 2006, and he does not oppose the motion.

This motion is supported by the attached Affidavit of Lynda Moore.

Dated this 10th day of May, 2006.

    Respectfully submitted
    ROBINSON & ASSOCIATES


By: s/Arthur S. Robinson
    Attorney for Plaintiffs
    35401 Kenai Spur Highway
    Soldotna, Alaska 99669
    Tel: (907) 262-9164
    Fax: (907) 262-7034
    Email: Office@robinsonandassociates.net
    ABN 7405026
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of May, 2006, a true and correct copy of the foregoing Plaintiffs' Non-Opposed Motion for Extension of Time to File Joint Status Report, Affidavit of Lynda Moore in Support of Non-Opposed Motion to File Joint Status Report, and Proposed Order Granting

```
Non-Opposed Motion for Extension of Time to File Joint Status
Report were served electronically on Lance B. Nelson, Assistant
Attorney General and Steven A. Daugherty, Assistant Attorney
General, Co-counsel for defendants.
By: s/Arthur S. Robinson
```