IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity.<br><br>　　　　　　Defendants. | [Proposed] ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

Upon Plaintiffs' Non-Opposed Motion for Extension of Time to File Joint Status Report,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The parties' Joint Status Report shall be due on or before May 31, 2006.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

                                          _____
                                          TIMOTHY M. BURGESS
                                          Judge of the U.S. District Court