IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity.<br><br>    Defendants. | AFFIDAVIT OF LYNDA MOORE IN SUPPORT OF PLAINTIFFS' NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

LYNDA MOORE, being first duly sworn, deposes and states the following:

1.  I am employed as a paralegal for the Law Office of Robinson & Associates, attorney of record for plaintiffs in the above-captioned matter.

2.  I communicated Mr. Robinson's request for an extension of time until May 31, 2006 to file the parties' Joint Status Report with the Court via email on May 9, 2006, with Lance