Nelson, co-counsel for the Defendant, and he does not oppose the motion. I have scheduled an appointment upon Mr. Robinson's return to his office on May 23, 2006, for Mr. Nelson and Mr. Robinson to confer telephonically regarding the drafting of the Joint Status Report.

FURTHER AFFIANT SAYETH NAUGHT.

*Lynda Moore*
LYNDA MOORE

SUBSCRIBED AND SWORN to before me this 10th day of May, 2006.

*Bonnie H. Burger*
Notary Public In and For Alaska
My Commission Expires: 4-28-08