IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

MICHAEL GRUNERT, MORI JONES, PAUL    )
JOHNSON, ANDY SHANGIN, HARVEY        )
KALMAKOFF, CLEMENT SHANGIN, MARVIN   )
YAGI, JOHN JONES, FRANK GRUNERT,     )
CLEMENS GRUNERT, ANDY STEPANOFF      )    AFFIDAVIT OF LYNDA MOORE
ALEC BRANDAL, ERNIE CARLSON, and     )    IN SUPPORT OF PLAINTIFFS'
AL ANDERSON,                         )    NON-OPPOSED MOTION
                                     )    FOR EXTENSION OF
                Plaintiffs,          )    TIME TO FILE JOINT
                                     )    STATUS REPORT
vs.                                  )
                                     )
MCKIE CAMPBELL, Commissioner of the  )
Fisheries, and Alaska Department     )
of Fish & Game, in his official      )
capacity.                            )
                                     )
                Defendants.          )
_____  )

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

        LYNDA MOORE, being first duly sworn, deposes and states the

following:

        1.    I am employed as a paralegal for the Law Office of

Robinson & Associates, attorney of record for plaintiffs in the

above-captioned matter.

        2.    I communicated Mr. Robinson's request for an extension

of time until May 31, 2006 to file the parties' Joint Status

Report with the Court via email on May 9, 2006, with Lance

Nelson, co-counsel for the Defendant, and he does not oppose the motion. I have scheduled an appointment upon Mr. Robinson's return to his office on May 23, 2006, for Mr. Nelson and Mr. Robinson to confer telephonically regarding the drafting of the Joint Status Report.

  FURTHER AFFIANT SAYETH NAUGHT.

        _____
        LYNDA MOORE

  SUBSCRIBED AND SWORN to before me this 10th day of May, 2006.

        _____
        Notary Public In and For Alaska
        My Commission Expires: 4-28-08

Page 2