# MEMORANDUM

## State of Alaska
### Department of Law

TO: The Honorable McKie Campbell
Commissioner
Department of Fish and Game

DATE: April 24, 2006

FILE NO.: 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 (Part 1)

TELEPHONE NO.: 465-3600

FROM: Deborah E. Behr
Chief Assistant Attorney General
and Regulations Attorney
Legislation/Regulations Section - Juneau

SUBJECT: Bd. of Fisheries Regulation re:
Miscellaneous Subsistence,
Personal Use, Sport, and Commercial
Finfish Fisheries
(5 AAC 01.011 - 5 AAC 77.016)

Under AS 44.62.060, we have reviewed the Board of Fisheries' changes to these regulations and approve the changes for filing by the lieutenant governor. A duplicate original of this memorandum is being furnished to the lieutenant governor, along with the 9 pages of the regulations and related documents.

You might wish to contact the lieutenant governor's office to confirm the filing date and effective date of the regulation changes.

The October 28, 2005 public notice, the January 13, 2006 supplemental public notice, and the April 21, 2006 certification of adoption order all state that this action is not expected to require an increased appropriation. Therefore, AS 44.62.195 does not require a fiscal note.

Finally, we have made some minor technical corrections to the regulations in accordance with AS 44.62.125. The corrections are shown on the attached copy of the regulations.

DEB:KJM:kjm

cc w/enc.:    Kerri Tonkin, Regulations Specialist
AAC Contact
Department of Fish and Game

Jim Marcotte, Executive Director
Board of Fisheries
Department of Fish and Game

Enforcement Commander
Department of Public Safety
Alaska Bureau of Wildlife Enforcement
5700 E. Tudor Road
Anchorage, Alaska 99507-1225

Lance Nelson, Assistant Attorney General - Anchorage

EXH. A
Page 1 of 2

Register \_\_\_\_\_,\_\_\_\_\_ 2006    FISH AND GAME

(f) Repealed _____/\_\_\_\_\_/2006.

5 AAC 06.373(g) is repealed:

(g) Repealed _____/\_\_\_\_\_/2006. (Eff. 6/15/2005, Register 174; am

_____/\_\_\_\_\_/2006, Register _____)

**Authority:**    AS 16.05.060    AS 16.05.251

### Chapter 15.  Chignik Area.

### Article 3.  Salmon Fishery.

5 AAC 15.362 is repealed:

**5 AAC 15.362.  Chignik Area Cooperative Fishery Management Plan.  Repealed.**

(Eff. 2/15/2006, Register 177; repealed\_\_\_\_/\_\_\_/2006, Register \_\_\_\_\_)

### Chapter 21.  Cook Inlet Area.

### Article 3.  Salmon Fishery.

5 AAC 21.350(b)(6) is repealed and readopted to read:

(6) Packers Creek:  waters enclosed by a line from the south ADF&G regulatory marker located at 60° 26.11' N. lat., 151° 55.66' W. long., to 60° 25.33' N. lat., 151° 55.00' W. long., to 60° 25.31' N. lat., 151° 52.68' W. long., to 60° 26.42' N. lat., 151° 51.71' W. long., to the north ADF&G regulatory marker located at 60° 26.42' N. lat., 151° 53.32' W. long.

EXH. A
Page 2 of 2

5