DAVID M. MÁRQUEZ
ATTORNEY GENERAL

Lance B. Nelson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska  99501
Phone:  269-5232
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF, ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>        Plaintiffs,<br><br>  v.<br><br>STATE OF ALASKA, ALASKA BOARD OF FISHERIES, and ALASKA DEPARTMENT OF FISH AND GAME,<br><br>        Defendants. | Case No. A05-128 CV (TMB)<br><br>**JOINT STATUS REPORT FOR CASE REASSIGNED TO JUDGE BURGESS** |

As required by the court's order of May 8, 2006, the parties have conferred and prepared the following report:

A. Nature of the Case

1. Lead attorneys:  Arthur Robinson, plaintiffs; Lance Nelson, defendant

2. Basis for federal jurisdiction:  Regulation allegedly inconsistent with U.S. Constitution.

3. Nature of Claims asserted in the complaint, as characterized by plaintiffs:

    a. The original or First Cause of Action is for declaratory and injunctive relief regarding the constitutional validity of Alaska Board of Fisheries' cooperative fishery regulation;

    b. If the second amended complaint is allowed to be filed, the Second Cause of Action would be against individual Board of Fisheries members in their individual capacities for deprivation of plaintiff rights guaranteed them under the equal protection and due process clauses of the United States Constitution.

4. Name of any party not served & nature of non-service:  All parties presently served; if second amended complaint is filed, all former and current board members proposed as defendants will need to be served.

5. Principal legal issues:  Constitutionality of regulation; mootness; general immunity, Eleventh Amendment Immunity.

6. Principal factual issues:  None currently, validity of regulation will be based on Board record.  If second amended complaint is filed there will be factual issues dealing with whether Board members acted in violation of 42 U.S.C. § 1983.

B. Discovery

1. Brief description of completed discovery and any remaining discovery: Defendants have furnished plaintiffs with Board of Fisheries records for development and adoption of regulations at issue. If second amended complaint is filed, then more discovery will likely be required.

2. Pending and anticipated motions: Pending: Plaintiffs' Motion to File Second Amended Complaint. Anticipated: Defendant's Motion to Dismiss on Mootness Grounds; if not granted, then Defendant's Motion for Summary Judgment on the Merits.

3. Previously entered rulings on substantive issues: None.

4. Previously filed status report: Scheduling and Planning Conference Report filed September 26, 2005; Corrected Scheduling and Planning Conference Report filed October 5, 2005.

C. Trial

1. The parties do not anticipate trial if second amended complaint is not allowed to be filed, but believe the case will be resolved on dismissal or summary judgment motions. If the second amended complaint is filed, then 4-6 weeks of trial may be required, if not resolved on motions for summary judgment or dismissal. Plaintiffs have requested a jury trial.

D. Settlement

1. There have been no settlement offers exchanged; the parties do not request a settlement conference.

RESPECTFULLY SUBMITTED on behalf of plaintiffs and defendant this 31ST day of May, 2006.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> By:   s/Lance B. Nelson
>         Assistant Attorney General
>         Alaska Bar No. 8310139
>         E-mail: lance_nelson@law.state.ak.us
>         Attorney for the State of Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a copy of the foregoing to be mailed via regular US Mail, postage prepaid, to the following attorneys or parties of record:

| By Electronic Mail to: | By Regular mail to: |
|---|---|
| Arthur S. Robinson<br>Robinson & Associates<br>35401 Kenai Spur Hwy<br>Soldotna, Alaska 99669<br>Fax: 907-262-7034 | Gregory F. Cook<br>Law Office<br>P.O. Box 240618<br>Douglas, AK 99824<br>Fax: 907-463-5848 |

s/Lance B. Nelson