DAVID M. MÁRQUEZ
ATTORNEY GENERAL

Lance B. Nelson
Steven A. Daugherty
Assistant Attorneys General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska  99501
Phone:  269-5232
Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF, ALEC BRANDAL, ERIC CARLSON, and AL ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> MCKIE CAMPBELL, Commissioner of the Alaska Department of Fish and Game, in his individual capacity, <br><br> Defendant. | Case No.  A05-128 CV (TMB) <br><br><br> **MOTION TO DISMISS AMENDED COMPLAINT** <br> (Civil Rule 12(b)(6)) |

Defendant moves, pursuant to Civil Rule 12(b)(6), for dismissal of plaintiffs' amended complaint for failure to state a claim upon which relief can be granted because the issues in the complaint are moot. This motion is supported by the accompanying memorandum of law.

RESPECTFULLY SUBMITTED this 16th day of June, 2006.

                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL

By:  s/
       Lance B. Nelson
       Assistant Attorney General
       Alaska Bar No. 8310139

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/
       Steven A. Daugherty
       Assistant Attorney General
       Alaska Bar No. 9406032

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2006, a copy of the foregoing **Motion to Dismiss Amended Complaint** (Civil Rule 12(b)(6)) was served electronically on

    Arthur S. Robinson
    Robinson & Associates
    35401 Kenai Spur Hwy
    Soldotna, Alaska 99669
    Fax:  907-262-7034

    s/
Lance B. Nelson