DAVID M. MÁRQUEZ
ATTORNEY GENERAL

Lance B. Nelson
Steven A. Daugherty
Assistant Attorneys General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5232
Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF, ALEC BRANDAL, ERIC CARLSON, and AL ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> MCKIE CAMPBELL, Commissioner of the Alaska Department of Fish and Game, in his individual capacity, <br><br> Defendant. | Case No. A05-128 CV (TMB) <br><br><br> **ORDER DISMISSING AMENDED COMPLAINT** <br> (Civil Rule 12(b)(6)) |

Upon defendant's motion to dismiss the amended complaint for failure to state a claim upon which relief can be granted, the court having considered any opposition thereto,

**IT IS ORDERED** that the motion is granted.  The amended complaint is dismissed because the claims raised therein are moot, and no exception to the mootness doctrine applies.

DATED: _____   _____
The Honorable Timothy M. Burgess
U.S. District Court Judge