```
Arthur S. Robinson & Associates
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>            Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his individual capacity<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on the 28th day of June 2006, a true and correct copy of the foregoing Motion to Reconsider was served electronically on
Lance B. Nelson, Assistant Attorney General
and Steven A. Daugherty, Assistant Attorney General,
Co-counsel for defendants

By: s/Arthur S. Robinson
    ARTHUR S. ROBINSON

Case 3:05-cv-00128-TMB    Document 54    Filed 06/28/2006    Page 2 of 2