Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON, <br><br>                    Plaintiffs, <br><br>vs. <br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity. <br><br>                    Defendants. | PLAINTIFFS' NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT |

COME NOW Plaintiffs, by and through their attorney Arthur S. Robinson of the law firm of ROBINSON & ASSOCIATES, and respectfully request a one week extension of time until July 12, 2006, to file their response to Defendants' Motion to Dismiss Amended Complaint, which would be due July 5, 2006.

The undersigned counsel has communicated this request for a one week extension of time with Lance Nelson, co-counsel for the

Page 1

State of Alaska, on July 3, 2006, and he does not oppose the motion.

This motion is supported by the attached Affidavit of Counsel.

Dated this 5th day of July, 2006.

>Respectfully submitted
>ROBINSON & ASSOCIATES
>
>
>By: s/Arthur S. Robinson
>    Attorney for Plaintiffs
>    35401 Kenai Spur Highway
>    Soldotna, Alaska 99669
>    Tel: (907) 262-9164
>    Fax: (907) 262-7034
>    Email: Office@robinsonandassociates.net
>    ABN 7405026
>    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of July, 2006, a true and correct copy of the foregoing Plaintiffs' Non-Opposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss Amended Complaint; Affidavit of Counsel in Support of Non-Opposed Motion to File Response to Defendant's Motion to Dismiss Amended Complaint; and Proposed Order Granting Non-Opposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss Amended Complaint, were served electronically on Lance B. Nelson, Assistant Attorney General and Steven A. Daugherty, Assistant Attorney General, Co-counsel for defendants.
By: s/Arthur S. Robinson