IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity. <br><br>　　　　　Defendants. | [Proposed] ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT |

　　　Upon Plaintiffs' Non-Opposed Motion for Extension of Time to File Response to Motion to Dismiss Amended Complaint,

　　　IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The Plaintiffs' response to the Defendant's Motion to Dismiss Amended Complaint shall be due on or before July 12, 2006.

　　　DATED at Anchorage, Alaska, this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court