IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TMB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, ~~CLEMENS GRUNERT, ANDY STEPANOFF~~ ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his official capacity.<br><br>        Defendants. | ~~AFFIDAVIT OF COUNSEL~~ IN SUPPORT OF PLAINTIFFS' NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT |

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

ARTHUR S. ROBINSON, being first duly sworn, deposes and states the following:

1. I am the attorney of record for plaintiffs in the above-captioned matter.

2. I communicated by telephone on July 3, 2006, with Lance Nelson, co-counsel for Defendant, requesting a one week extension of time until July 12, 2006 to file a response behalf

of Plaintiffs to Defendant's Motion to Dismiss Amended Complaint, and he does not oppose the motion.

FURTHER AFFIANT SAYETH NAUGHT.

ARTHUR S. ROBINSON

SUBSCRIBED AND SWORN to before me this 5th day of July, 2006.



Notary Public In and For Alaska
My Commission Expires: 1-31-09