# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Grunert v. Campbell*

Case No. 3:05-cv-128-TMB

By:              THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Plaintiffs moved for reconsideration of the Court's June 19, 2006, order denying their Motion to file a Second Amended Complaint. Docket 53. The Court requested an Opposition, which was filed at Docket 60. Having reviewed the filings by the parties, the Plaintiff's Motion for Reconsideration at Docket 53 is DENIED.

     It is further ordered that the unopposed Motion to Dismiss the Amended Complaint at Docket 50 is GRANTED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 25, 2006