IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL GRUNERT, et al.,<br><br>                    Plaintiff,<br>     vs.<br><br>MCKIE CAMPBELL,<br><br>                    Defendant. | Case No. 3:05-cv-00128- TMB<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

      **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

APPROVED:

  s/ Timothy Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| July 27, 2006 | IDA J. ROMACK |
| Date | Clerk |