IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL GRUNERT, et al.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MCKIE CAMPBELL,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-00128- TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_　**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　_X_　**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

APPROVED:

_s/ Timothy Burgess_
**TIMOTHY M. BURGESS**
United States District Judge

July 27, 2006                                                          IDA J. ROMACK
　　　Date                                                                        Clerk