Arthur S. Robinson & Associates
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TSB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his individual capacity.<br><br>        Defendant. | **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that MICHAEL GRUNERT, MORI JONES, PAUL, JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF, ALEC BRANDAL, and ERNIE CARLSON, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Judgment in a Civil Case entered in this action of the 27th day of July, 2006.

Notice of Appeal, page 1

Dated this 17th day of August, 2005.

                ROBINSON & ASSOCIATES
By:  s/ARTHUR S. ROBINSON
     Attorney for Plaintiffs
     3501 Kenai Spur Highway
     Soldotna, AK 99669
     Tel: (907) 262-9164
     Fax: (907) 262-7034
     Email: Office@robinsonandassociates.net
     ABA 0574026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of August, 2006, a true and correct copy of the foregoing Notice of Appeal was served electronically on Lance B. Nelson, Assistant Attorney General and Steven A. Daugherty, Assistant Attorney General, Co-counsel for defendants.
By: s/Arthur S. Robinson