Arthur S. Robinson & Associates
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone:  (907) 262-9164
Facsimile:  (907) 262-7034
Email: Chuck@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Civil Action, File No. A05-128 CV-TSB

| | |
|---|---|
| MICHAEL GRUNERT, MORI JONES, PAUL JOHNSON, ANDY SHANGIN, HARVEY KALMAKOFF, CLEMENT SHANGIN, MARVIN YAGI, JOHN JONES, FRANK GRUNERT, CLEMENS GRUNERT, ANDY STEPANOFF ALEC BRANDAL, ERNIE CARLSON, and AL ANDERSON,<br><br>    Plaintiffs,<br>  vs.<br><br>MCKIE CAMPBELL, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his individual capacity.<br><br>    Defendant. | **REPRESENTATION STATEMENT** |

The following are all parties to the attached Notice of Appeal:

PLAINTIFFS:

    MICHAEL GRUNERT
    MORI JONES
    PAUL JOHNSON
    ANDY SHANGIN
    HARVEY KALMAKOFF
    CLEMENT SHANGIN
    MARVIN YAGI
    JOHN JONES
    FRANK GRUNERT
    CLEMENS GRUNERT
    ANDY STEPANOFF

ALEC BRANDAL
ERNIE CARLSON

Represented by:

    Arthur S. Robinson
    ROBINSON AND ASSOCIATES
    35401 Kenai Spur Highway
    Soldotna, Alaska 99669
    Telephone:(907) 262-9164
    Fax: 9907) 262-7034

DEFENDANT:

    MCKIE CAMPBELL

Represented by:

Lance B. Nelson, Assistant Attorney General
Steven A. Daugherty, Assistant Attorney General
Co-counsel for Defendant
State of Alaska, Dept. of Law
Natural Resources Section
1031 West Fourth Ave., Suite 200
Anchorage, Alaska 99501
Telephone:(907) 269-5232
Fax: (907)279-2834

Dated this 17th day of August, 2005.

                ROBINSON & ASSOCIATES
          By:  s/ARTHUR S. ROBINSON
                Attorney for Plaintiffs
                3501 Kenai Spur Highway
                Soldotna, AK 99669
                Tel: (907) 262-9164
                Fax: (907) 262-7034
                Email: Office@robinsonandassociates.net
                ABA 7405026

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 17th day of August, 2006, a true and correct copy of the foregoing

Representation Statement, page 2

Representation Statement was served electronically on Lance B. Nelson, Assistant Attorney General and Steven A. Daugherty, Assistant Attorney General, Co-counsel for defendants.
By: s/Arthur S. Robinson