```
          UNITED STATES
          DISTRICT COURT
           District of Alaska
           Anchorage Division

         #  00128748  -  SF
         August 18, 2006


   Code    Case #   Qty     Amount

  086900-F 05-128 CV         255.00 CK
  086400-R 05-128 CV         200.00 CK


   TOTAL→                    455.00


  FROM: ROBINSON & ASSOCIATES
        9CCA APPEAL FEE
        3:05-CV-00128 - TMB
```