A-11 (rev. 5/00)

Page 1 of 2
**USCA DOCKET # (IF KNOWN)**

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT
### PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: ALASKA | JUDGE: Timothy M. Burgess |
|---|---|---|

**TITLE IN FULL:**
Michael Grunert, Mori Jones, Paul Johnson, Andy Shangin, Harvey Kalmakoff, Clement Shangin, Marvin Yagi, John Jones, Frank Grunert, Clemens Grunert, Andy Stepanoff, Alec Brandal, and Ernie Carlson, Appellants
v.
McKie Campbell, Commissioner of the Fisheries, and Alaska Department of Fish & Game, in his individual capacity, Appellee.

**DISTRICT: ALASKA**

**JUDGE: Timothy M. Burgess**

**DISTRICT COURT NUMBER:** 3:05-cv-00128-TMB

**DATE NOTICE OF APPEAL FILED:** 8/17/2006

**IS THIS A CROSS-APPEAL?**
__ YES

**IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):**

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Whether trial judge abused his discretion in refusing to allow plaintiffs to file second amended complaint.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):** NONE

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
 Possibility of settlement  - No
__ Likelihood that intervening precedent will control outcome of appeal **-** No
__ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____ No
__ Any other information relevant to the inclusion of this case in the Mediation Program
_____ No
__ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | Page 2 of 2 |
|---|---|

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| **FEDERAL** | **APPELLATE** | **TYPE OF JUDGMENT/ ORDER APPEALED** | **RELIEF** |
| **X** Federal Question<br>__ Diversity<br>**X** Other (Specify): Civil Rights Violations | **X** Final Decision of District Court<br>__ Interlocutory Decision Appealable As of Right<br>__ Interlocutory Order Certified by District Judge (Specify):<br>__ Other (Specify): | __ Default Judgment<br>__ Dismissal/jurisdiction<br>__ Dismissal/merits<br>__ Summary Judgment<br>**X** Judgment/court Decision<br>__ Judgment/jury Verdict<br>__ Declaratory Judgment<br>__ Judgment as a Matter of Law<br>__ Other (Specify): | X Damages: Sought $ Unspecified Awarded $ -0-<br>_ Injunctions:<br>_ Preliminary<br>_ Permanent<br>_ Granted<br>_ Denied<br><br>X Attorney Fees: Sought $ Unspecified Awarded $ -0-<br>_ Pending<br>X Costs: $ Unspecified |

| CERTIFICATION OF COUNSEL |
|---|

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25. – **by electronic service**
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

| /s/Arthur S. Robinson<br>Signature | August 17, 2006<br>Date |
|---|---|

| COUNSEL WHO COMPLETED THIS FORM |
|---|

NAME: Arthur S. Robinson

FIRM: ROBINSON & ASSOCIATES

ADDRESS: 35401 Kenai Spur Highway, Soldotna, Alaska 99669

E-MAIL: Office@robinsonandassociates.net

TELEPHONE: (907) 262-9164

FAX: (907) 262-7034

**x This Document Should Be Filed in The District Court With The Notice of Appeal x**
**x If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals x**