# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

MICHAEL GRUNERT, et al.,

               Plaintiff,

vs.

MCKIE CAMPBELL,

               Defendant.

Case No. 3:05-cv-00128- TMB

**JUDGMENT
IN A CIVIL CASE**

      **____**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **X**   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

APPROVED:

  s/ Timothy Burgess

**TIMOTHY M. BURGESS**
United States District Judge

July 27, 2006

          Date

IDA J. ROMACK

          Clerk