RECEIVED

SEP 0 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

6-35742

**CASE INFORMATION:**
Short Case Title: <u>Grunert, et al. v. Campbell</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess, 3:05-cv-00128-TMB</u>
Date Complaint Filed: <u>6/8/05</u>
Date Appealed Order/Judgment *entered*: <u>7/27/06</u>
Date NOA *filed*: <u>8/17/06</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>n/a</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>8/18/06</u>     Date Docket Fee billed: __
Date FP granted: _                        Date FP denied: _
Is FP pending? no                         Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: <u>n/a</u>

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Aurthur S. Robinson | Lance B. Nelson |
| Robinson & Associates | Attorney General's Office |
| 3501 Kenai Spur Highway | 1031 W. 4th Avenue, Suite 200 |
| Soldotna, Ak. 99669 | Anchorage, Ak. 99501 |
| office@robinsonandassociates.net | lance_nelson@law.state.ak.us |
| 907-262-7034 | 907-279-2834 |
| | |
| | Steven A. Daugherty |
| | State of Alaska, Department of Law |
| | 1031 W. 4th Avenue, Suite 200 |
| | Anchorage, Ak. 99501 |
| | Steven_Daugherty@law.state.ak.us |
| | 907-279-2834 |

X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.